UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA KASE,

        Plaintiff(s),        CASE NUMBER: 10-12926
                                        HONORABLE VICTORIA A. ROBERTS

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On June 29, 2011, Magistrate Judge Michael Hluchaniuk submitted a Report and Recommendation (Doc. 12) recommending that the Court: (1) GRANT Plaintiff's Motion for Summary Judgment (Doc.8); and (2) DENY Defendant's Motion for Summary Judgment (Doc. 9).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2), it **ADOPTS** the Magistrate Judge's Report and Recommendation. The Court: (1) **GRANTS** Plaintiff's motion; (2) **DENIES** Defendant's motion; and (3) **REMANDS** the case to the Commissioner.

       **IT IS ORDERED**.

                                    S/Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated: July 25, 2011

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 25, 2011.

s/Carol A. Pinegar
Deputy Clerk