UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sandra Kase,

          Plaintiff,

CASE NUMBER: 10-12926
HONORABLE VICTORIA A. ROBERTS
MAG. JUDGE MICHAEL HLUCHANIUK

v.

COMMISSION OF SOCIAL SECURITY,

          Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 18, 2011 Magistrate Judge Hluchaniuk issued a Report and Recommendation [Doc.19], recommending that Plaintiff's Motion for Attorney Fees [Doc. 15] be granted. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation. Plaintiff's Motion is **GRANTED.**

    **IT IS ORDERED**.

                                 /s/ Victoria A. Roberts
                                 Victoria A. Roberts
                                 United States District Judge

Dated: December 20, 2011

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 20, 2011.

S/Linda Vertriest
Deputy Clerk